No. 07-15-00249-CR

| | | |
|---|---|---|
| Rudy Cortinas<br>  Appellant | § | From the 432nd District Court<br>  of Tarrant County |
| | § | |
| v. | | September 8, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated September 8, 2015, it is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 432nd District Court of Tarrant County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o